UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 24-1050

V. : CRIMINAL ACTION

Salvatore "Sally" Cardaci :

: ORDER OF RELEASE

:

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- [✔] Reporting, as directed, to U.S. Pretrial Services;
- [✔] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- [✔] Mental Health testing/treatment as directed by U.S. Pretrial Services;
- [✔] The defendant shall appear at all future court proceedings;
- [ ] Other:

/s/ Salvatore "Sally" Cardaci          May 22nd, 2024
DEFENDANT                              DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Andrea Dechenne Bergman
U.S. MAGISTRATE JUDGE

DATE: May 23, 2024