UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE NO. 24-1050 |
| | ) | |
| V. | ) | CRIMINAL ACTION |
| | ) | |
| | ) | ORDER FOR CONTINUANCE |
| Salvatore | ) | PRETRIAL DIVERSION |
| "Sally" Cardaci | ) | PROGRAM |
| | ) | |

This matter having been opened to the Court by attorney for defendant, for an Order granting a continuance of the above-captioned proceeding to allow the United States to properly review and process the defendant's application for the Pretrial Diversion Program, and the Special Assistant United States Attorney, having consented to the form and entry of this Order, and for good and sufficient cause shown.

It is on this 22nd day of May, 2024

ORDERED that this action is continued to July 31st, 2024 for the following reasons:

1. Defendant is currently under consideration for the Pretrial Diversion Program and time is necessary for the review and processing of his/her application;

2. Pursuant to 18 U.S.C. 3161(h)(8), the end of justice served by granting the continuance outweigh the best interest of the public and the defendant in a Speedy Trial.

IT IS FURTHER ORDERED that the period between the date of this Order and the continued date shall be excludable in computing time under the Speedy Trial Act of 1974.

CONSENT:

/s/ Salvatore "Sally" Cardaci
Defendant

/s/ Tatiana Nnaji
Defense Counsel

/s/ Lauren Kober
Assistant U.S. Attorney

_____
Honorable Andrea Dechenne Bergman
U.S. Magistrate Judge

May 28, 2024
Date