UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate No. 24-1050 |
| SALVATORE (SALLY) CARDACI | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. E1118736 against defendant Salvatore (Sally) Cardaci, which was filed on March 22, 2024 charging her with Public Lewdness, for the reason that prosecution of defendant Salvatore (Sally) Cardaci is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Salvatore (Sally) Cardaci of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Philip P Sellinger /EKL_
Philip Sellinger
United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

_Andrea Bergman_
Hon. Andrea D. Bergman
United States Magistrate Judge

Dated: 8/7/24